UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KEEFE GROUP, LLC,**

      **Plaintiff,**

v.                                             Case No. 6:20-cv-2090-ACC-GJK

**JOHN DOE and KHALIL RAJAB,**

      **Defendants.**

---

**ORDER**

This cause is before the Court on Motion for Default Judgment (Doc. 26) filed on June 4, 2021.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, despite service of the Report and Recommendation on Defendant Rajab by mail, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.[1]

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 19, 2021 (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] Despite the Magistrate Judge raising the issue of the remaining "John Doe" defendant in the Report and Recommendation (Doc. 28 at 4), Keefe Group has failed to address the effect, if any, of naming John Doe as a defendant on its pursuit of a default judgment against Rajab.

2. The Motion for Default Judgment is hereby **GRANTED in part and DENIED in part**.

3. The Clerk is directed to enter judgment against Khalil I. Rajab in the amount of $10,752.00 in statutory damages and $546.00 in costs.

4. Defendant Khalil I. Rajab is **PERMANENTLY ENJOINED** from the following:

> a. using the Moon Lodge® registered trademark, The Whole Shabang® registered trademark, and Keefe Group's distinctive Trade Dress, or any other colorable imitation of the same, or any mark or trade dress that is confusingly similar to the same, or doing any other act or thing, likely to induce the belief that Khalil I. Rajab's business or products are in any way connected with Keefe Group's business or products or are sponsored or approved by Keefe Group;
>
> b. assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (a).[2]

5. Defendant Khalil I. Rajab is **ORDERED** to destroy any Counterfeit Chips that wrongfully use Keefe Group's trademarks listed above currently in his possession, custody, or control.

---

[2] The permanent injunction will bar all persons and business entities from "assisting, aiding, or abetting" Rajab in infringing conduct, including the John Doe Defendant.

6.  Keefe Group is **ORDERED** to show cause by **September 27, 2021** why its claims against Defendant John Doe should not be **dismissed without prejudice** for failure to timely seek default judgment under Local Rule 1.10.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2021.

_/s/ Anne C. Conway_
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties